B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Omega Home Healthcare, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**81-0553300** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**400 Higgins Rd.**<br>**Park Ridge, IL**<br>ZIP Code **60068** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| :--- | :--- |
| *(This page must be completed and filed in every case)* | **Omega Home Healthcare, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| :--- | :--- | :--- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| :--- | :--- | :--- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| :--- | :--- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Omega Home Healthcare, LLC** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Ben Schneider**
Signature of Attorney for Debtor(s)

**Ben Schneider 6295667**
Printed Name of Attorney for Debtor(s)

**Schneider & Stone**
Firm Name

**8424 Skokie Blvd.**
**Suite 200**
**Skokie, IL 60077**
Address

**Email: ben@windycitylawgroup.com**
**847-933-0300  Fax: 847-676-2676**
Telephone Number

**March 15, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Nelia Ladlad**
Signature of Authorized Individual

**Nelia Ladlad**
Printed Name of Authorized Individual

**Office Manager**
Title of Authorized Individual

**March 15, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Omega Home Healthcare, LLC**                                    Case No.
                              Debtor(s)                                   Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ABF Therapy Services<br>PO Box 9544<br>Naperville, IL 60567 | ABF Therapy Services<br>PO Box 9544<br>Naperville, IL 60567 | | | 8,250.00 |
| Amber Medical<br>6522 N. Oshkosh Ave.<br>Chicago, IL 60631 | Amber Medical<br>6522 N. Oshkosh Ave.<br>Chicago, IL 60631 | | | 2,320.00 |
| Amber Medical<br>6522 N. Oshkosh Ave.<br>Chicago, IL 60631 | Amber Medical<br>6522 N. Oshkosh Ave.<br>Chicago, IL 60631 | | | 1,120.00 |
| Bmw Financial Services<br>Po Box 3608<br>Dublin, OH 43016 | Bmw Financial Services<br>Po Box 3608<br>Dublin, OH 43016 | | | 1,100.00 |
| CMS<br>233 N. Michigan Ave., Suite 600<br>Chicago, IL 60601-5519 | CMS<br>233 N. Michigan Ave., Suite 600<br>Chicago, IL 60601-5519 | Overpayment by Medicare | Contingent<br>Disputed | 10,000,000.00 |
| Daemicke Financial Group<br>7250 W. College Dr.<br>1SE<br>Palos Heights, IL 60463 | Daemicke Financial Group<br>7250 W. College Dr.<br>1SE<br>Palos Heights, IL 60463 | | | 6,166.94 |
| Freedom Voice<br>169 Saxony Road<br>Suite 206<br>Encinitas, CA 92024 | Freedom Voice<br>169 Saxony Road<br>Suite 206<br>Encinitas, CA 92024 | | | 1,465.42 |
| Hallagan Business Machines<br>6850 W. North Ave.<br>Chicago, IL 60707 | Hallagan Business Machines<br>6850 W. North Ave.<br>Chicago, IL 60707 | | | 2,230.00 |
| Internal Revenue Service<br>5100 River Rd.<br>4th FL - GRP 35 - Mailstop 504<br>Schiller Park, IL 60176-1058 | Internal Revenue Service<br>5100 River Rd.<br>4th FL - GRP 35 - Mailstop 504<br>Schiller Park, IL 60176-1058 | 2010 and 2011 Taxes | | 1,769,113.83 |
| John A. Kilroy, PC<br>829 S. 11th Street<br>Springfield, IL 62703 | John A. Kilroy, PC<br>829 S. 11th Street<br>Springfield, IL 62703 | | | 1,300.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Omega Home Healthcare, LLC**  
               Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Lavelle Law, LTD**<br>501 W. Colfax St.<br>Palatine, IL 60067 | **Lavelle Law, LTD**<br>501 W. Colfax St.<br>Palatine, IL 60067 | **Legal Services** | | 13,571.48 |
| **Nelia Laurel-Ladlad**<br>6 Orchard Lane<br>Hawthorn Woods, IL 60047 | **Nelia Laurel-Ladlad**<br>6 Orchard Lane<br>Hawthorn Woods, IL 60047 | | | 1,003.00 |
| **Nicor Gas**<br>PO Box 5407<br>Carol Stream, IL 60197 | **Nicor Gas**<br>PO Box 5407<br>Carol Stream, IL 60197 | | | 1,189.71 |
| **Northwest Therapy, Inc.**<br>1900 E. Golf Road<br>Suite 950<br>Schaumburg, IL 60173 | **Northwest Therapy, Inc.**<br>1900 E. Golf Road<br>Suite 950<br>Schaumburg, IL 60173 | | | 6,215.00 |
| **Robbin, Salomon & Patt, LTD.**<br>180 N. LaSalle Street<br>Suite 3300<br>Chicago, IL 60601 | **Robbin, Salomon & Patt, LTD.**<br>180 N. LaSalle Street<br>Suite 3300<br>Chicago, IL 60601 | | | 3,055.00 |
| **Roselle Office Venture Limited**<br>480 Lake St.<br>Roselle, IL 60172 | **Roselle Office Venture Limited**<br>480 Lake St.<br>Roselle, IL 60172 | **Rent** | | 1,030.00 |
| **Therapy Network Resources**<br>150 Harvester Drive<br>Suite 105<br>Burr Ridge, IL 60527 | **Therapy Network Resources**<br>150 Harvester Drive<br>Suite 105<br>Burr Ridge, IL 60527 | | | 9,049.00 |
| **Verizon**<br>PO Box 4002<br>Acworth, GA 30101 | **Verizon**<br>PO Box 4002<br>Acworth, GA 30101 | | | 1,184.14 |
| **Verizon**<br>PO Box 4002<br>Acworth, GA 30101 | **Verizon**<br>PO Box 4002<br>Acworth, GA 30101 | | | 1,751.27 |
| **Verizon**<br>PO Box 4002<br>Acworth, GA 30101 | **Verizon**<br>PO Box 4002<br>Acworth, GA 30101 | | | 1,528.47 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Omega Home Healthcare, LLC**                                      Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Office Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 15, 2013**           Signature  **/s/ Nelia Ladlad**
                                              **Nelia Ladlad**
                                              **Office Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

1st Choice Healthcare Providers
1850 Snead Street
Bolingbrook, IL 60490

A & B Printing Service, Inc.
2900 S. Highland Drive
Las Vegas, NV 89109

ABF Therapy Services
PO Box 9544
Naperville, IL 60567

Acura Financial Services
P.O. Box 60001
City of Industry, CA 91716-0001

ADT
PO Box 371490
Pittsburgh, PA 15250

ADT Security Services
PO Box 672279
Dallas, TX 75267

Amber Medical
6522 N. Oshkosh Ave.
Chicago, IL 60631

Ameren
PO Box 66884
Saint Louis, MO 63166

AT&T
PO Box 204089
Austin, TX 78720

AT&T
PO Box 8100
Aurora, IL 60507

AT&T U-Verse
PO Box 5104
Carol Stream, IL 60197

Bmw Financial Services
Po Box 3608
Dublin, OH 43016


BMW Financial Services
PO Box 9001065
Louisville, KY 40290-1065


Bonnes & Associates, PC
13152 S. Cicero Ave.
Pmb 260
Crestwood, IL 60459


C Beyond
10 East Irving Park Road
Roselle, IL 60172


C Beyond
320 Interstate North Parkway, SE
Atlanta, GA 30339


CIT
Attn: Customer Service
P.O. Box 550599
Jacksonville, FL 32255-0599


City of Park Ridge
505 Butler Place
Park Ridge, IL 60068-4182


City Water Light and Power
401 N. 11th St.
Springfield, IL 62702


CMS
233 N. Michigan Ave., Suite 600
Chicago, IL 60601-5519


Com Ed
PO Box 6111
Carol Stream, IL 60197

Case 13-10391    Doc 1    Filed 03/15/13    Entered 03/15/13 13:16:57    Desc Main

```
Comcast
Customer Service Department
1500 Market Street
Philadelphia, PA 19102


Comcast
PO Box 3002
Southeastern, PA 19398


ComEd
PO Box 6111
Carol Stream, IL 60197


Daemicke Financial Group
7250 W. College Dr.
1SE
Palos Heights, IL 60463


DNS Services
PO Box 8941
Vancouver, WA 98668


Elizabeth Tonido
Barry Silver
1850 W. Winchester Road
Libertyville, IL 60048


ELMO SIAP
David Bohrer
450 Skokie Blvd. # 502
Northbrook, IL 60062


FP Mailing Solutions
140 N. Mitchell Court
Suite 200
Addison, IL 60101


Freedom IQ
169 Saxony Rd., Suite 206
Encinitas, CA 92024-6780


Freedom Voice
169 Saxony Road
Suite 206
Encinitas, CA 92024
```

```
Garvey's Office Products
PO Box 66667
Chicago, IL 60666-0667


Gulf South Medical Supply
4345 Southpoint Blvd.
Jacksonville, FL 32216


Hallagan Business Machines
6850 W. North Ave.
Chicago, IL 60707


Henry Schein
135 Duryea Road
Melville, NY 11747


IL Therapeutic & Nursing Services
6055 N. Lincoln Ave.
Suite 102B
Park Ridge, IL 60068


Infiniti Financial Services
P.O Box 685003
Franklin, TN 37068-5003


Infomax Investigations, Inc.
PO Box 681175
Schaumburg, IL 60168


Internal Revenue Service
5100 River Rd.
4th FL - GRP 35 - Mailstop 504
Schiller Park, IL 60176-1058


International Laser Products Inc.
612 Heathrow Drive
Lincolnshire, IL 60069


Ivans
225 High Ridge Road
Stamford, CT 06905


John A. Kilroy, PC
829 S. 11th Street
Springfield, IL 62703
```

```
Joyner Therapy Services
2907 Williamson Co Pkway
Marion, IL 62959


Keefe, Campbell, Biery & Associates
118 N. Clinton
Suite 300
Chicago, IL 60661


Konica Minolta
Attn: Customer Service
PO Box 550599
Jacksonville, FL 32255-0599


Konica Minolta Business Solutions
Dept. CH 19188
Palatine, IL 60055-9188


Konica Minolta Business Solutions
2001 Butterfield Rd.
Suite 900
Downers Grove, IL 60515


Konica Minolta Premier Finance
P.O. Box 740423
Atlanta, GA 30374-0423


Krakau Business Computer Systems
1504 N. Green Meadows Blvd.
Streamwood, IL 60107


Lavelle Law, LTD
501 W. Colfax St.
Palatine, IL 60067


Mercedes-Benz Financial
PO Box 9001680
Louisville, KY 40290


Mercedes-Benz Financial
PO Box 5209
Carol Stream, IL 60197-5209
```

```
Nelia Laurel-Ladlad
6 Orchard Lane
Hawthorn Woods, IL 60047


Neurological Surgery & Spine
3 Westbrook Corporate Center
Suite 1000
Westchester, IL 60154


Nicor Gas
PO Box 5407
Carol Stream, IL 60197


Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197-5407


Nissan Motor Acceptance Corporation
P.O. Box 9001132
Louisville, KY 40290-1132


Northwest Therapy, Inc.
1900 E. Golf Road
Suite 950
Schaumburg, IL 60173


Novaetus, Inc.
43000 W. Nine Mile
Suite 112
Novi, MI 48375


Orsini Home Medical Equipment
1111 Nicholas Blvd
Elk Grove Village, IL 60007


Papergraphics, Inc.
612 Heathrow Drive
Lincolnshire, IL 60069


Prime Care Rehab, Inc.
1254 Adler Lane
Carol Stream, IL 60188-1392
```

Puritan Springs
1709 N. Kickapoo
Lincoln, IL 62656


Record Copy Services
30 N. LaSalle
Chicago, IL 60602


Republic Services
832 Langsdale Ave.
Indianapolis, IN 46202


Robbin, Salomon & Patt, LTD.
180 N. LaSalle Street
Suite 3300
Chicago, IL 60601


Roselle Office Venture Limited
480 Lake St.
Roselle, IL 60172


Telnes Broadband
3019 West Marine View Drive
Everett, WA 98201


The Gallery Collection
PO Box 360
Ridgefield Park, NJ 07660


Therapy Network Resources
150 Harvester Drive
Suite 105
Burr Ridge, IL 60527


Trust Solutions, LLC
233 S. Wacker Drive
Suite 3540
Chicago, IL 60606


Tyco
PO Box 371967
Pittsburgh, PA 15250

```
US Fire & Safety Equipment Company
6542 N. Milwaukee Ave.
Chicago, IL 60631


US Legal Support, Inc.
200 W. Jackson Blvd.
Chicago, IL 60606


Verizon
PO Box 4002
Acworth, GA 30101


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Omega Home Healthcare, LLC**                                            Case No.
                              Debtor(s)                                          Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Omega Home Healthcare, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **March 15, 2013** | **/s/ Ben Schneider** |
| Date | **Ben Schneider** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Omega Home Healthcare, LLC** |
| | **Schneider & Stone** |
| | **8424 Skokie Blvd.** |
| | **Suite 200** |
| | **Skokie, IL 60077** |
| | **847-933-0300 Fax:847-676-2676** |
| | **ben@windycitylawgroup.com** |